## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Alexandro Hernandez

                        Plaintiff,

v.                                        Case No.: 1:16–cv–09530
                                                Honorable Amy J. St. Eve

Stone Simplicity Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: On July 25, 2017, Magistrate Judge Cox entered a Report and Recommendation on Plaintiffs' Motion to Enforce the Parties' Settlement Agreement ("RR"), recommending that the Court grant the motion and enter a judgment tin the amount of $22,500 against Defendants, jointly and severally. Defendants failed to file any objections within the 14 day time period pursuant to Federal Rule of Civil Procedure 72(b)(2). The Court has reviewed Magistrate Judge Cox's thorough RR and the file in the case. The Court hereby adopts Magistrate Judge Cox's Report and Recommendation [48], grants the Motion to Enforce the Parties' Settlement Agreement [38][42], enters judgment against Defendants in the amount of $22,500, and dismisses the case with prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.